MINNA N. SOPHIAN, Respondent, v. LAWRENCE H. SOPHIAN, Appellant.—

Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.; Glennon and Shientag, JJ., dissent and vote to affirm.

HILTON WATCH CO., INC., Respondent, v. BENRUS WATCH CO. et al., Appellant.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

MARY PESCE, as Administratrix of the Estate of FRANK PESCE, Deceased, Appellant, v. GRACE LINE, INC., Respondent.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

CONTINENTAL RIBBON CUTTERS, INC., Respondent, v. LONG PROPERTIES, INC., et al., Appellants.— Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.